IN RE RESIGNATION OF WELLY.

[Cite as In re Resignation of Welly (1988), 36 Ohio St. 3d 601.]

(D.R. No. 88-3 — Decided March 23, 1988.)

The resignation of Robert H. Welly as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

OFFICE OF DISCIPLINARY COUNSEL v. RILEY.

[Cite as Disciplinary Counsel v. Riley (1988), 36 Ohio St. 3d 601.]

(J.D. No. 87-1—Decided April 6, 1988.)

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. In that I conclude that the facts present no violation of the Canons, I would not apply any sanction.

OFFICE OF DISCIPLINARY COUNSEL v. CARTWRIGHT.

[Cite as Disciplinary Counsel v. Cartwright (1988), 36 Ohio St. 3d 601.]

(J.D. No. 87-1—Decided April 6, 1988.)

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. In that I conclude that the facts present no violation of the Canons, I would not apply any sanction.